# In the United States District Court for the Southern District of Georgia Brunswick Division

```
UNITED STATES OF AMERICA

v.
                                              CR 216-024-4
MIRANDA M. FLOWERS,

     Defendant.
```

### ORDER

Before the Court is Miranda Flowers' ("Flowers") motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) and Amendment 782. For the reasons below, Flowers' motion is **DENIED**.

In January 2017, Flowers pleaded guilty to conspiracy to possess with intent to distribute a quantity of methamphetamine, in violation of 21 U.S.C. § 846 (Count I). Dkt. No. 493. She was sentenced to seventy-eight months' imprisonment. Consistent with the appeal waiver contained in her plea agreement, dkt. no. 322, Flowers did not appeal. According to the Bureau of Prisons' website, Flowers is incarcerated at FCI Tallahassee in Tallahassee, Florida, with a projected release date of March 24, 2021.

Now Flowers moves the Court to reduce her sentence of imprisonment under 18 U.S.C. § 3582(c)(2), specifically requesting retroactive application of Amendment 782 to the

United States Sentencing Guidelines. Flowers, however, has already received the benefit of that amendment, which became effective immediately for defendants sentenced on or after November 1, 2014. At her sentencing on August 9, 2017, Flowers' guidelines were calculated using the November 1, 2016 edition of the Guidelines Manual, which incorporated all guideline amendments, including the two-level offense level adjustment contained in Amendment 782.

Because Flowers is not entitled to further relief, her motion for a sentence reduction, dkt. no. 549, is **DENIED**.

**SO ORDERED**, this 6th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA